

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2014

No. 04-14-00748-CV

**EX PARTE** Christopher **GUERRERO**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

On October 27, 2014, relator filed a pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 28th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1999EM503566, styled *In the Interest of A.G., K.A.G., P.G., Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Eric Rodriguez presiding.